UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD B. MARTIN, JR., )<br><br>Plaintiff, )<br><br>v. )<br><br>SALEM POLICE DEPARTMENT, et al., )<br><br>Defendants. ) | Civil Action No. 1:15-13555-JCB |

## **ORDER**

BOAL, U.S.M.J.

Between November 23 and December 2, 2020, Plaintiff filed motions and other documents (Docket Nos. 61-65) in this closed case. In these documents, he asks the Court to assist him in matters concerning his housing, legal proceedings in other courts, medical care, educational goals, and personal safety. He asks that the Court reopen this case. Plaintiff also requests that the Court refer his situation to appropriate law enforcement entities and prosecutors and place him in the witness protection program.

On December 7, 2020, Plaintiff filed another motion (Docket No. 67) in which he asks the Court to ignore his recent motions because he does not have the resources to pursue the action. He also states that he does not intend to bring additional matters before this Court.

In light of Plaintiff's December 7, 2020 motion (Docket No. 67), the Court orders that his earlier motions (Docket Nos. 62-64) be terminated as MOOT. In addition, the Court orders that Martin not file any additional documents in this case, except for a notice to appeal this order. This action has been closed since August 29, 2016 (Docket No. 60). There is no basis for the Court to reopen this case. In addition, the Court cannot provide the relief Plaintiff sought in the

recently-filed motions.  If Plaintiff wishes to assert claims that are not barred by any applicable statute of limitation, he must commence a new action.

SO ORDERED.

 /s/ Jennifer C. Boal
JENNIFER C. BOAL
United States Magistrate Judge

DATED:  December 16, 2020